UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80664-CIV-CANNON

**ALLEY, MAASS, ROGERS &
LINDSAY, P.A.**,

 Plaintiff,
v.

**PRETZEL LIMITED** and
**PECUNIA BUSINESS DEVELOPMENT LIMITED**,

 Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [ECF No. 21] AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on the Motion to Dismiss filed by Defendant Pecunia Business Development Limited (the "Report") [ECF No. 21]. On July 19, 2023, Defendant Pecunia Business Development Limited ("Pecunia") filed a Motion to Dismiss (the "Motion") [ECF No. 13]. On October 5, 2023, following referral, Judge Bruce E. Reinhart issued a Report recommending that the Motion be granted [ECF No. 21 p. 4]. Objections to the Report were due on October 19, 2023 [ECF No. 21 p. 4]. No party filed objections, and the time to do so has expired [ECF No. 21 p. 4].[1]

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court

---

[1] Pecunia filed a Notice on October 11, 2023, informing the Court of its intention not to object to the Report [ECF No. 22].

reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784. Legal conclusions are reviewed de novo, even in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Following de novo review, the Court finds the Report to be well reasoned and correct. For the reasons set forth in the Report [ECF No. 21 pp. 2–3], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 21] is **ACCEPTED**.
2. The Motion [ECF No. 13] is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.
3. This Clerk of Court is directed to **CLOSE** the case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 23rd day of October 2023.

*[signature]*

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record